**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

JUN 1 3 2006

GR ⎯⎯⎯ C. LANGHAM
CLERK

Civil Action No. **06 - CV - 01126 - BNB**

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

DWAYNE DARNELL BECK,

      Plaintiff,

v.

DISTRICT ATTORNEY OFFICE OF CHEYENNE, WYO,
JOHN FORWORTH, a head District Attorney, and
ASST. DISTRICT ATTORNEY MS. TILLIE ROUTH,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Prisoner Complaint.  He has failed either to pay the

$350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915.  The court has determined that the document is deficient

as described in this order.  Notwithstanding the deficiencies, the clerk of the court will

be directed to commence a civil action.  Plaintiff will be directed to cure the following if

he wishes to pursue his claims.  Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>    is not submitted
(2)   ___    is missing affidavit
(3)   ___    is missing certified copy of prisoner's trust fund statement for the 6-month
               period immediately preceding this filing
(4)   ___    is missing required financial information

Dockets.Justia.com

(5)   __    is missing an original signature by the prisoner

(6)   __    is not on proper form (must use the court's current form)

(7)   __    names in caption do not match names in caption of complaint, petition or habeas application

(8)   __    An original and a copy have not been received by the court. Only an original has been received.

(9)   X    other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application**:

(10)   __    is not submitted

(11)   __    is not on proper form (must use the court's current form)

(12)   __    is missing an original signature by the prisoner

(13)   __    is missing page nos. ___

(14)   __    uses et al. instead of listing all parties in caption

(15)   __    An original and a copy have not been received by the court. Only an original has been received.

(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   X    names in caption do not match names in text

(18)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this *12th* day of *June*_____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 01126 -BNB

Dwayne Darnell Beck
Prisoner No. 121832
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 6/13/06

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk